**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:  STEVEN B RICHMOND  § § § § § § §  Case No.: 07-02214
LAURIE CARSON RICHMOND

Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/08/2007.

2) This case was confirmed on 06/04/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/01/2010.

5) The case was dismissed on 04/05/2010.

6) Number of months from filing to the last payment: 34

7) Number of months case was pending: 41

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    5,690.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 13,968.00 |
| Less amount refunded to debtor | $        .00 |
| **NET RECEIPTS** | $ 13,968.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,000.00 |
| Court Costs | $      .00 |
| Trustee Expenses and Compensation | $   982.67 |
| Other | $      .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,982.67 |
| Attorney fees paid and disclosed by debtor | $      .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIA | SECURED | 8,933.40 | 5,525.00 | 5,200.00 | 5,200.00 | 281.23 |
| AMERICREDIT FINANCIA | UNSECURED | 2,433.40 | 6,009.49 | 6,334.49 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 1,800.00 | 4,088.01 | 4,088.01 | 3,706.41 | .00 |
| CENTURY SPRINGS BOTT | UNSECURED | 66.34 | NA | NA | .00 | .00 |
| ADVANCE TIL PAYDAY | UNSECURED | 828.50 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 148.71 | 148.71 | 148.71 | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 294.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL | UNSECURED | 556.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 6,974.56 | 8,406.50 | 8,406.50 | .00 | .00 |
| AT & T WIRELESS | UNSECURED | 731.70 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 798.96 | NA | NA | .00 | .00 |
| SBC | UNSECURED | 114.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 68.39 | NA | NA | .00 | .00 |
| CREDIT ONE LLC | UNSECURED | 1,080.00 | 1,080.57 | 1,080.57 | .00 | .00 |
| DEVRY UNIVERSITY | UNSECURED | 2,182.93 | 2,182.93 | 2,182.93 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 391.75 | 391.75 | 391.75 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 350.00 | 347.53 | 347.53 | .00 | .00 |
| HEALTH CARE CENTERS | UNSECURED | NA | NA | NA | .00 | .00 |
| ADVANCE TIL PAYDAY | UNSECURED | 344.00 | NA | NA | .00 | .00 |
| ILLINOIS STATE TOLL | UNSECURED | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 2,830.02 | 5,353.00 | 5,353.00 | .00 | .00 |
| CENTURY SPRINGS | UNSECURED | 66.00 | NA | NA | .00 | .00 |
| ILLINOIS STATE TOLLW | UNSECURED | 377.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DOMINICKS FOODS | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 216.00 | 216.13 | 216.13 | .00 | .00 |
| MOBIL OIL | UNSECURED | 315.00 | NA | NA | .00 | .00 |
| NATIONWIDE | UNSECURED | NA | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 417.00 | NA | NA | .00 | .00 |
| NEBRASKA STUDENT LOA | UNSECURED | 7,533.96 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 404.00 | 187.27 | 187.27 | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | 218.00 | NA | NA | .00 | .00 |
| PROVIDIAN BANK | UNSECURED | 2,817.72 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 988.86 | 3,680.57 | 3,680.57 | .00 | .00 |
| PROVIDIAN VISA CARD | UNSECURED | NA | 253.48 | 253.48 | .00 | .00 |
| SPRINT PCS | UNSECURED | 417.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | NA | NA | NA | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | 18,722.51 | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | NA | NA | NA | .00 | .00 |
| T-MOBILE USA | UNSECURED | 307.51 | 254.19 | 254.19 | .00 | .00 |
| TCF BANK | UNSECURED | 369.53 | NA | NA | .00 | .00 |
| TRIBUTE | UNSECURED | 1,013.52 | NA | NA | .00 | .00 |
| US CASH IL | UNSECURED | NA | NA | NA | .00 | .00 |
| UNIFUND CORP | UNSECURED | 172.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 647.28 | 674.28 | 674.28 | .00 | .00 |
| VILLAGE OF ALSIP | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF FRANKLIN | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| T-MOBILE USA | UNSECURED | NA | 107.51 | 107.51 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | NA | 656.19 | 656.19 | .00 | .00 |
| KASS REAL ESTATE LLC | OTHER | NA | NA | NA | .00 | .00 |
| BMG MUSIC | UNSECURED | 46.54 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1,050.12 | NA | NA | .00 | .00 |
| SBC | UNSECURED | 216.00 | NA | NA | .00 | .00 |
| CREDIT COLLECTION SE | UNSECURED | 96.10 | NA | NA | .00 | .00 |
| FINGERHUT CORP | UNSECURED | 119.49 | NA | NA | .00 | .00 |
| LENOX COLLECTIONS | UNSECURED | 88.84 | NA | NA | .00 | .00 |
| PROFESSIONAL CAREER | UNSECURED | 364.00 | NA | NA | .00 | .00 |
| KOHLS | UNSECURED | 846.19 | NA | NA | .00 | .00 |
| ONE SPIRIT BOOK CLUB | UNSECURED | 40.16 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 277.02 | NA | NA | .00 | .00 |
| PUBLISHERS CLEARING | UNSECURED | 47.41 | NA | NA | .00 | .00 |
| PUBLISHERS CLEARING | UNSECURED | 53.97 | NA | NA | .00 | .00 |
| UNION ACCEPTANCE | UNSECURED | 5,058.08 | NA | NA | .00 | .00 |
| UNION ACCEPTANCE COR | OTHER | NA | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 647.28 | NA | NA | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | NA | 111.84 | 111.84 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST RESOLUTION INV | UNSECURED | NA | 3,925.06 | 3,925.06 | .00 | .00 |
| ECMC | UNSECURED | NA | 11,168.48 | 11,168.48 | .00 | .00 |
| LORRAINE M GREENBERG | PRIORITY | NA | .00 | 414.00 | 414.00 | .00 |
| PERFORMANCE CAPITAL | UNSECURED | NA | 1,356.89 | 1,356.89 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 1,231.97 | 383.69 | 383.69 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 554.20 | .00 | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | NA | 4,139.01 | 4,139.01 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 5,200.00 | 5,200.00 | 281.23 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 5,200.00 | 5,200.00 | 281.23 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 4,885.70 | 4,504.10 | .00 |
| **TOTAL PRIORITY:** | 4,885.70 | 4,504.10 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 50,976.38 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,982.67 |
| Disbursements to Creditors | $ | 9,985.33 |
| **TOTAL DISBURSEMENTS:** | $ | 13,968.00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    07/14/2010                              /s/ Tom  Vaughn
                                                  Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**